```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASYIR SUMMERS,

                Plaintiff,

-against-

EDWARD BURNETT, *et al.*,

                Defendants.

23-CV-10784 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

      Plaintiff, who currently is incarcerated at Fishkill Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants failed to protect him from an assault by other incarcerated individuals. By order dated December 14, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] As discussed below, the Court directs the Clerk of Court to effect service on the named Defendants and directs the New York State Attorney General to identify the Doe Defendants. Local Civil Rule 33.2 applies to this case.

DISCUSSION

**A.    Order of Service**

      Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

(2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants Superintendent Edward Burnett, Sergeant Cicala, Sergeant Deleon, Officer Christopher Perry, Office M. Cordovano, and "medical personnel" Wolf through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.**     **Valentin Order**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the New York State Department of Corrections and Community Supervision to identify John Does #1-#2 and Jane Doe #1. It is therefore ordered that the New York State Attorney General, which is the attorney for and agent of the DOCCS, must ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the

address where the defendant may be served. The Attorney General must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendant(s). The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for (1) Burnett, Deleon, Cicala, Perry, Cordovano, and Wolf, (2) complete the USM-285 forms with the addresses for these Defendants, (3) deliver all documents necessary to effect service to the U.S. Marshals Service, and (4) mail Plaintiff an information package.

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York State Attorney General at: Managing Attorney's Office, 28 Liberty Street, 16th Floor, New York, NY 10005. The Clerk of Court is further directed to mail a copy of this order to *pro se* Plaintiff at the address listed on ECF and to show proof of service on the docket.

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled ["Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."](#) Within 120 days of

service of the complaint, Defendants must serve responses to these standard discovery requests.

In their responses, Defendants must quote each request verbatim.[3]

SO ORDERED.

Dated:   January 19, 2024
         White Plains, New York

                                                    _____
                                                              NELSON S. ROMÁN
                                                          United States District Judge

---

[3] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

**DEFENDANTS AND SERVICE ADDRESSES**

1. Superintendent Edward Burnett
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

2. Sergeant Cicala
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

3. Sergeant Deleon
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

4. Officer Christopher A. Perry
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

5. Officer M. Cordovano
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

6. Medical Personnel Wolf
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307