UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BAYSIR SUMMERS,

                              Plaintiff,                    **ORDER**

        -against-                                          23 Civ. 10784 (NSR) (AEK)

SERGEANT CICALA, *et al.,*

                              Defendants.

---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At the conference with Judge Krause on March 19 2026, Plaintiff indicated he did not want to continue to pursue this case. The Court directed Plaintiff to write a letter to the Court confirming his intentions at the following address:

> Pro Se Intake Unit
> The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
> 300 Quarropas St.
> White Plains, NY 10601-4150

The deadline to submit the letter is April 8, 2026, and the letter must include the docket number of this case (23 Civ. 10874).

Plaintiff also informed the Court at the conference that he has been transferred to Woodbourne Correctional Facility; the Court has confirmed this by checking the New York State Department of Corrections and Community Supervision "Incarcerated Lookup" website. Accordingly, the Clerk of Court is respectfully directed to update Petitioner's contact information on the docket to list his mailing address as;

> DIN # 20A0830
> Woodbourne Correctional Facility
> 99 Prison Road
> P.O. Box 1000
> Woodbourne, NY 12788-1000

The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff at his new

address of record.

Dated:  March 20, 2026
        White Plains, New York

                                                        **SO ORDERED.**

                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge

2